THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DAKOTA NASIATKA,<br><br>                Defendant. | CASE NO. CR21-0050-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Dakota Nasiatka's unopposed motion to continue trial (Dkt. No. 15). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Trial is currently scheduled for May 17, 2021. (*See* Dkt. No. 14.) Mr. Nasiatka moves to continue trial until October 25, 2021 because the case is complex and defense counsel needs additional time to review voluminous electronic discovery produced by the Government. (*See* Dkt. No. 15 at 2–3.) The COVID-19 pandemic has also hindered Mr. Nasiatka's ability to review discovery with his attorney, and defense counsel needs to evaluate whether to hire an expert to assist him in analyzing the digital files the Government has produced. (*Id.*) Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Mr. Nasiatka and the public to a speedy trial because the failure to grant a continuance would deny Mr. Nasiatka's counsel reasonable

time necessary for effective preparation. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

Accordingly, the Court ORDERS:

1. The May 17, 2021 jury trial is CONTINUED until October 25, 2021 at 9:30 a.m.
2. The April 15, 2021 pretrial motions deadline is CONTINUED until September 13, 2021.
3. The period from the date of this order until October 25, 2021 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 28th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE