THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DAKOTA NASIATKA,<br><br>                Defendant. | CASE NO. CR21-0050-JCC<br><br>ORDER |

       This matter comes before the Court on parties' joint motion to proceed with a plea hearing by videoconference. (Dkt. No. 21.)

       Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." *See also* W.D. Wash. General Order 14-21 (Dec. 22, 2021) (extending the duration of General Order 04-20).

       Having thoroughly considered the motion and the relevant record, the Court FINDS that further delay in the absence of a remote plea hearing would seriously harm the interests of justice. The following reasons support this finding: (1) the parties have reached a plea agreement, and not holding the hearing by videoconference or other remote means could unnecessarily delay resolution of the case; (2) not conducting the plea hearing remotely could unnecessarily prolong

the present state of uncertainty; and (3) Defendant indicates resolution of this case will reduce his and his family's anxiety and allow them to plan for the future. (*See* Dkt. No. 21 at 1–3.) Further, Defendant has filed a waiver of in-person appearance and consent to proceed by video conference. (*See* Dkt. Nos. 22, 23.)

It is therefore ORDERED that the motion for a video plea hearing (Dkt. No. 21) is GRANTED. The parties may contact the courtroom deputy for the criminal duty Magistrate Judge to schedule the plea hearing if they have not yet done so. The Magistrate Judge is DIRECTED to make a record of both Defendants' consent to a remote proceeding.

DATED this 7th day of March 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE